Albert B. Norris (SBN 34756)
Stephen G. Blitch (SBN 70193)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:   510.763.2000
Facsimile:    510.273.8832

Attorneys for The BOC Group; Hobart Brothers Company; Illinois Tool Works; The Lincoln Electric Company; Viacom, Inc., successor by merger to CBS Corporation, f/k/a Westinghouse Electric Corporation;  The ESAB Group

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRADBERRY,<br><br>            Plaintiff,<br><br>      vs.<br><br>THE BOC GROUP, INC., as successor to Airco, Inc.; HOBART BROTHERS COMPANY; ILLINOIS TOOL WORKS, INC., as successor to Hobart Brothers Company; THE LINCOLN ELECTRIC COMPANY; VIACOM, INC. as successor to CBS Corporation, successor to Westinghouse Electric Corporation; THE ESAB GROUP, INC.; and DOES 1 through 100, inclusive,<br><br>            Defendants. | No.: 1:05-CV-01038-REC-SMS<br><br>**STIPULATION AND ORDER STAYING PROCEEDINGS**<br><br>The Honorable Robert E. Coyle |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

PDF created with pdfFactory trial version www.pdffactory.com

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that all proceedings in this matter be stayed pending a transfer of this action to <u>In re Welding Fume Products Liability Litigation</u>, MDL No. 1535 (N.D. Ohio).

The parties agree this stipulation will stay the Defendants' obligation to respond to the complaint, and the parties' right to propound discovery in this venue, unless and until the case is transferred to, and remanded from, the MDL proceeding. The parties respectfully request that this Court refrain from issuing any scheduling orders in this matter, including but not limited to case management orders and orders pertaining to Alternative Dispute Resolution, unless and until the case is transferred to, and remanded from, the MDL proceeding.

SO STIPULATED AND AGREED

DATED: August 18, 2005.

REED SMITH LLP

By    /s/ Thomas M. Freeman for
      Albert B. Norris
      Stephen G. Blitch
      Attorneys for The BOC Group; Hobart Brothers
      Company; Illinois Tool Works; The Lincoln
      Electric Company; Viacom, Inc., successor by
      merger to CBS Corporation, f/k/a Westinghouse
      Electric Corporation;  The ESAB Group

///

///

///

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

PDF created with pdfFactory trial version www.pdffactory.com

DATED: August 18, 2005.          LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP

                                 By     /s/ Eric B. Fastiff
                                    Richard M. Heimann
                                    Robert J. Nelson
                                    Eric B. Fastiff
                                    Attorneys for Plaintiff James Bradberry

**IT IS SO ORDERED**

DATED: ___August _22, 2005

                                    /s/ ROBERT E. COYLE
                                        The Honorable Robert E. Coyle

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 3 – —\\usoakfpb\mkirschbaum$\DOWNLOAD\3KERTESZ\Welding\Bradberry\e-filing -USDC\Stip a
STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS; No.: 1:05-CV-01038-REC-SMS
PDF created with pdfFactory trial version www.pdffactory.com